**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Michael PENA, Defendant–Appellant.**

No. 13–40531
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 27, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Joel Hughes Thomas, Esq., Law Office of Joel H. Thomas, Sinton, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Michael Pena appeals his 97–month sentence imposed following a jury trial conviction for conspiracy to possess with intent to distribute more than 100 kilograms of marijuana. Pena argues that the district court prevented him from arguing that he was entitled to a safety-valve adjustment and a minor-role adjustment. This argument is factually incorrect because the district court allowed him to make these arguments at the sentencing hearing. In any event, Pena has not shown that, given his admitted lies in court, the denials of

the safety-valve adjustment and minor-role adjustment were clearly erroneous. *See United States v. Davis,* 76 F.3d 82, 84 (5th Cir.1996). Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR R. 47.5.4.

